1  JOHN G. MICHAEL (State Bar No. 106107)
   BAKER, MANOCK & JENSEN
2  5260 North Palm Avenue
   Fourth Floor
3  Fresno, California 93704
   Telephone:      559-432-5400
4  Facsimile:      559-432-5620
   E-Mail:         jgm@bjm-law.com
5
   KAREN R. THORLAND (State Bar No. 172092)
6  W. ALLAN EDMISTON (State Bar No. 228246)
   LOEB & LOEB LLP
7  10100 Santa Monica Boulevard, Suite 2200
   Los Angeles, California 90067-4164
8  Telephone:      310-282-2000
   Facsimile:      310-282-2200
9  E-Mail:         kthorland@loeb.com
   E-Mail:         aedmiston@loeb.com
10

11 Attorneys for Plaintiffs

**FILED**

DEC 1 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                           FRESNO DIVISION

15 WARNER BROS. ENTERTAINMENT INC.,  )   Case No. 1:06-cv-01115-AWI-LJO
   a Delaware corporation; and COLUMBIA  )
16 PICTURES INDUSTRIES, INC., a Delaware  )   STIPULATION FOR VOLUNTARY
   corporation,                           )   DISMISSAL
17                                         )
                  Plaintiffs,             )
18                                         )
                                           )
19        vs.                             )
                                           )
20 BRANDY SHERMAN,                        )
                                           )
21                Defendant.              )
   _____)
22

23        It is hereby stipulated by and between the parties to this action that the above-

24 captioned action be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil

25 Procedure 41(a)(1), each side to bear its own costs and attorneys' fees.

26

27

28

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

                                                        STIPULATION FOR
                                                     VOLUNTARY DISMISSAL

1        Plaintiff requests that the Court retain jurisdiction to enforce the settlement

2   agreement (if needed) entered into as of November 9, 2006.

3

4

5   Dated: _12/8/06_              JOHN G. MICHAEL
                                    BAKER, MANOCK & JENSEN

6                                   KAREN R. THORLAND

7                                   W. ALLAN EDMISTON
                                    LOEB & LOEB LLP

8

9                               By

10                                    JOHN G. MICHAEL
                                      Attorneys for Plaintiffs

11                                    WARNER BROS.; and COLUMBIA
                                      PICTURES

12

13  Dated: _12-5-06_             By

14                                    Brandy Sherman
                                      5420 San Lucas Drive

15                                    Bakersfield, CA 93307
                                      Defendant *Pro Se*

16

17                                12-12-06

18

19

20

21

22

23

24

25

26

27

28

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

                            2                             STIPULATION FOR
                                                            VOLUNTARY DISMISSAL